UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
MICHELI & SHEL, LLC,                                               :
:
Plaintiff,                                :
:                    21-CV-4995 (JMF)
-v-                                                          :
:                    ORDER
:
GRUBHUB INC, et al.,                                               :
:
Defendants.                              :
:
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On August 2, 2021, Defendants filed three separate motions to compel the arbitration of Plaintiff's claims. *See* ECF No. 51, 58, and 63. Plaintiff's opposition to the motions is due on **August 16, 2021**, and any replies are due on **August 23, 2021**. For the sake of efficiency, Plaintiff shall file any opposition in the form of a single brief of up to 35 pages.

      Additionally, the initial pretrial conference currently scheduled for September 15, 2021, is hereby ADJOURNED *sine die*.

      SO ORDERED.

Dated: August 5, 2021                                   _____
      New York, New York                            JESSE M. FURMAN
                                                                United States District Judge